FILED
FEB -2 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERIC H. HOLDER, JR.,<br>ATTORNEY GENERAL OF THE<br>UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>JUAN ANTONIO GAONA,<br>*Defendant / Third-Party Plaintiff,*<br><br>v.<br><br>PLANNED PARENTHOOD SEXUAL<br>HEALTHCARE,<br>*Third-Party Defendant.* | § § § § § § § § § § § § § § § | No. SA 10CA 0494 XR |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

On this day it was presented to the Court that the parties in the above-numbered and entitled third-party cause of action (the "Third-Party Action") stipulate that they have resolved their differences. The Court finds that all matters in dispute between the parties have been fully and finally compromised and settled. After considering the position of the parties, it appears to the Court that the Third-Party Action is in all things resolved.

IT IS, THEREFORE, ORDERED that the Third-Party Action be and is dismissed in its entirety, with prejudice of refiling, with each party bearing its own costs herein. All other relief not expressly granted herein is denied.

SIGNED this 2nd day of February, 2011.

_____
THE HONORABLE XAVIER RODRIGUEZ

1

AGREED:

*(signature: David Ortega)*

David L. Ortega (Attorney-in-Charge)
State Bar No. 00791377
Email: dortega@obht.com
Oppenheimer, Blend, Harrison & Tate, Inc.
711 Navarro, Suite #600
San Antonio, Texas 78205
Telephone: 210-224-2000
Facsimile: 210-224-7540
**ATTORNEYS FOR THIRD-PARTY
DEFENDANT, PLANNED PARENTHOOD
SEXUAL HEALTHCARE SERVICES**

*(signature: Allen E. Parker)*

Allen E. Parker
The Justice Foundation
8122 Datapoint Drive, Suite 812
San Antonio, Texas 78229
Phone: 210-614-7157
Fax: 210-614-6656
**ATTORNEYS FOR THIRD-PARTY
PLAINTIFF, JUAN ANTONIO GAONA**