FILED

FEB - 2 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ERIC H. HOLDER, JR., ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN ANTONIO GAONA, <br><br> Defendant. | CIVIL ACTION <br><br><br><br><br><br> No. SA 10 CA 0494 XR |

## FINAL CONSENT JUDGMENT AND ORDER OF APPROVAL

Plaintiff, Eric H. Holder, Jr., Attorney General of the United States of America, and Defendant, Juan Antonio Gaona, hereby agree and consent to judgment in favor of Plaintiff and against Defendant in the form of the following permanent injunction:

1. Defendant, Juan Antonio Gaona, and any others acting under his instruction or direction are **PERMANENTLY ENJOINED** from coming within 25 feet of the Babcock Road Planned Parenthood Clinic's property located at 104 Babcock Road, San Antonio, Texas.

2. Defendant, Juan Antonio Gaona, and any others acting under his instruction or direction are **PERMANENTLY ENJOINED** from violating the Freedom of Access to Clinic Entrances Act, 18 U.S.C. § 248 (1994).

BY: *[signature]*
JUAN ANTONIO GAONA

BY:

| | |
|---|---|
| JOHN E. MURPHY<br>United States Attorney<br>Western District of Texas | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| | JONATHAN SMITH<br>Chief<br>Special Litigation Section |
| | JULIE ABBATE<br>Deputy Chief<br>Special Litigation Section |
| *[signature]*<br>JOSEPH C. RODRIGUEZ<br>Assistant United States Attorney<br>Western District of Texas<br>601 N.W. Loop 410<br>Suite 600<br>San Antonio, TX 78216<br>(210) 384-7300<br>(210) 384-7312 (fax)<br>Joe.Rodriguez@usdoj.gov<br>OH Bar Number 0072958 | *[signature]*<br>WILLIAM E. NOLAN<br>Senior Trial Attorney<br>Special Litigation Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave, N.W.<br>Washington, D.C. 20530<br>(202) 353-8560<br>(202) 514-6273 (fax)<br>William.Nolan@usdoj.gov |

## ORDER APPROVING CONSENT JUDGMENT AND PERMANENT INJUNCTION

AND NOW, this 2nd day of February, 2011, upon consideration of the Complaint of Plaintiff, Eric H. Holder, Jr., Attorney General of the United States of America, and the parties' above-signed Consent to Judgment, it is hereby ORDERED that judgment is hereby entered in favor of Plaintiff and against Defendant, Juan Antonio Gaona, and a permanent injunction shall hereby issue in the above-agreed to form.

APPROVED AND ORDERED BY THIS COURT

_____
XAVIER RODRIGUEZ
UNTIED STATES DISTRICT JUDGE